COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-15-00697-CV

Style:          *Lakeith Amir-Sharif v. Dedric D. Bostic*

Type of motion:     Motion to vacate

Party filing motion:   Appellant

Appellant's motion to vacate is **denied**.

Judge's signature:      /s/ Jane Bland_____
                         Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

Date:  March 7, 2017_____